MINNESOTA MINING AND MANU-FACTURING COMPANY and RIKER LABORATORIES, INC., Plaintiffs–Appellants,

v.

ALPHAPHARM PTY. LTD. Defendant–Appellee.

No. 02–1313.

United States Court of Appeals, Federal Circuit.

June 14, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).